Shawn J. Lau, Esquire
Lau & Associates, P.C.
Attorney for Debtors
4228 St. Lawrence Avenue
Reading, PA  19606
610-370-2000 phone
610-370-0700 fax
shawn_lau@msn.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>**CHRISTOPHER G. MADARA**<br>**AND DINA M. MADARA**<br><br>       **Debtors** | **CHAPTER 13**<br><br>**Bankruptcy No. 12-18800** |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtors, Christopher G. Madara and Dina M. Madara, have filed a Motion to Modify Plan pursuant to §1329 of the United States Bankruptcy Code in the above-captioned matter.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant the relief sought in the motion April 25, 2017  you or your attorney must do ALL of the following:

(a)      File an answer explaining your position at

United States Bankruptcy Court
The Madison Building
400 Washington Street
Suite 301
Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)      Mail a copy to the movant's attorney

Shawn J. Lau, Esquire
Lau & Associates, P.C.
4228 St. Lawrence Avenue
Reading, PA 19606
610-370-2000 Phone
610-370-0700 Fax

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on <u>Thursday, May 4, 2017</u> at 9:30 a.m. in the United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, PA 19601.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Dated: <u>April 11, 2017</u>                     ***/s/Shawn J. Lau***
Shawn J. Lau, Esquire
Lau & Associates, P.C.