## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>**CHRISTOPHER G. MADARA**<br>**AND DINA M. MADARA**<br><br>      **Debtors** | **CHAPTER 13**<br><br>**Bankruptcy No. 12-18800** |
|---|---|

## CERTIFICATION OF NO RESPONSE

I, Shawn J. Lau, Esquire, of Lau & Associates, P.C., counsel for the Debtors do hereby certify that no answer, objection, responsive pleading or request for a hearing has been served upon me, or to the best of my knowledge, filed with the Court, in response to the Notice and Motion to Modify Debtors' Seventh Amended Plan with Addendum Post-Confirmation under §1329 with an Eighth Amended Plan which was served upon all parties of interest on April 11, 2017.

WHEREFORE, it is respectfully requested that this Honorable Court enter the Order granting the Debtors' Motion to Modify Debtors' Seventh Amended Plan with Addendum Post-Confirmation under §1329 with an Eighth Amended Plan attached to the Motion.

Dated: April 27, 2017           LAU & ASSOCIATES, P.C.
                                By**: /s/ Shawn J. Lau**
                                Shawn J. Lau, Esquire
                                4228 St. Lawrence Avenue
                                Reading, PA 19606