**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>CHRISTOPHER G. MADARA<br>AND DINA M. MADARA<br><br>**Debtors** | CHAPTER 13<br><br>Bankruptcy No. 12-18800 |
|---|---|

## ORDER APPROVING MODIFICATION OF PLAN UNDER § 1329

AND NOW, upon consideration of the Debtors' Motion to Modify their Seventh Amended Chapter 13 Plan with Addendum with an Eight Amended Chapter 13 Plan, it is hereby

ORDERED that the Debtors' confirmed Chapter 13 Plan is modified to: pay $3,917.08 per month for five (5) months then the payment shall increase to pay the remaining plan balance of $19,957.05 in full on or before September 18, 2017 to pay:

| Secured Creditor Name: | Remaining $ Owed: |
|---|---|
| Mers Inc./ Bank of New York re 13 N. 4th St. | $301.05 |
| Hamburg Municipal re: 13 N 4th St | $ 35.30 |
| PNC/ Nationstar Mortgage re: 3609 Kutztown Rd | $691.65 |
| Citizens Bank re: 214 S. 12th St. | $4,362.55 |
| Berks County Tax re: 214 S. 12th St. | $ 908.17 |
| City of Reading re: 214 S. 12th St. | $ 822.61 |
| City of Reading re 12 Trash & Rec | $ 94.58 |
| Berks County Tax re: 3312/3250 Papermill | $ 2,958.09 |
| Customers Bank/Berkshire re: 102 N. 4th St | $ 21,149.90 |
| Hamburg Municipal re 102 N 4th St | $ 39.74 |
| Berks County Tax re: 2012 on 102 N. 4th St | $1,077.61 |
| Berks County Tax re: 3601 Kutztown Rd | $5,629.16 |

AND unsecured creditors who were not discharged in the previous Chapter 7 bankruptcy shall receive a 100% distribution on all allowed filed claims – Citizens Bank unsecured portion of POC #1 was discharged in previous Chapter 7 bankruptcy and will be paid $0.00; Customers Bank unsecured portion of POC #14 was discharged in previous Chapter 7 bankruptcy and will be paid $0.00; Met-Ed will be paid $536.59; AND Lau & Associates, P.C. an administrative claim in the amount of $1,200.00 upon application and Bankruptcy Court approval

BY THE COURT:

**Date: May 1, 2017**

_____
J.