UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

:

IN RE:

**CHRISTOPHER & DINA MADARA**
    (Debtors)

               :      Bankruptcy case **#12-18800-REF**

               :      Chapter 13


**PRAECIPE TO WITHDRAW TRUSTEE'S MOTION TO DISMISS HEARING**

:

To the Clerk of Court:

    Please withdraw the Trustee's Motion to Dismiss hearing scheduled for May 18, 2017 at 9:00am., before Hon. Judge Richard E. Fehling.


                                          Respectfully submitted,


                                          **/s/LeRoy Wm. Etheridge, Attorney**
                                          William C. Miller
                                          Chapter 13 Standing Trustee


Dated – 05/02/2017