United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-18800-ref
Christopher G. Madara                                                     Chapter 13
Christopher G. Madara
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen              Page 1 of 2              Date Rcvd: May 01, 2017
                              Form ID: pdf900             Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2017.
db         +Christopher G. Madara,    MAILING ADDRESS:,    PO BOX 452,    Hamburg, PA 19526-0452
db         +Christopher G. Madara,    3312/3250 Paper Mill Road,    Reading, PA 19608-9646
jdb        +Dina M Madara,    13 N. 4th Street,    Hamburg, PA 19526-1507
cr        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:   NATIONSTAR MORTGAGE, LLC,     350 Highland Drive,
               Lewisville, TX  75067)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    The Bank of New York Mellon ecfmail@mwc-law.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as
               Trustee for Residential Asset Mortgage Products, In ecfmail@mwc-law.com
              ALLISON FRANCES ZUCKERMAN    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Deutsche Bank Trust Company Americas, as Trustee
               paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA DBA Americas Servicing Company
               paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Deutsche Bank Trust Company paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor    The Bank of New York Mellon ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al
               ecfmail@mwc-law.com,   ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com,   ecfmail@mwc-law.com
              ANTHONY R. DISTASIO    on behalf of Mediator Anthony R. Distasio ard@ldaklaw.com
              BARRY W. SAWTELLE    on behalf of Creditor    Vist Bank bsawtelle@kozloffstoudt.com,
               jmoser@kozloffstoudt.com;dgabala@kozloffstoudt.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    GMAC MORTGAGE, LLC paeb@fedphe.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al
               pabk@logs.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Select Portfolio Servicing, Inc., et al
               pabk@logs.com
              D. TROY SELLARS    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association D.Troy.Sellars@usdoj.gov

```
District/off: 0313-4          User: Cathleen           Page 2 of 2              Date Rcvd: May 01, 2017
                              Form ID: pdf900          Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         DANIELLE BOYLE-EBERSOLE   on behalf of Creditor   U.S. Bank, N.A. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
         EDEN R. BUCHER   on behalf of Creditor   Susquehanna Bank ebucher@leisawitzheller.com, medwards@leisawitzheller.com
         JAMES RANDOLPH WOOD   on behalf of Creditor   City of Reading jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
         JAY B. JONES   on behalf of Creditor   OCWEN LOAN SERVICING, LLC paeb@fedphe.com
         JENIECE D. DAVIS   on behalf of Creditor   Select Portfolio Servicing, Inc., et al Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
         JEROME B. BLANK   on behalf of Creditor   PNC Mortgage a division of PNC Bank NA paeb@fedphe.com
         JEROME B. BLANK   on behalf of Creditor   Deutsche Bank Trust Company Americas, as Trustee paeb@fedphe.com
         JEROME B. BLANK   on behalf of Creditor   Deutsche Bank Trust Company Americas As Trustee Rali 2002-QS6 paeb@fedphe.com
         JEROME B. BLANK   on behalf of Creditor   Wells Fargo Bank, NA DBA Americas Servicing Company paeb@fedphe.com
         JEROME B. BLANK   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
         JEROME B. BLANK   on behalf of Creditor   The Bank of New York Mellon Trust Company, National Association paeb@fedphe.com
         JOHN ERIC KISHBAUGH   on behalf of Creditor   The Bank of New York Mellon Trust Company, National Association jkishbaugh@udren.com, vbarber@udren.com
         KARROLLANNE CAYCE   on behalf of Creditor   FNBN I, LLC by PennyMac Loan Services, LLC., its servicing agent ecfmail@aldridgepite.com, kcayce@ecf.inforuptcy.com
         KEVIN T MCQUAIL   on behalf of Creditor   The Bank of New York Mellon ecfmail@mwc-law.com
         KIMBERLY A. BONNER   on behalf of Creditor   LaSalle Bank National Association, as Trustee amps@manleydeas.com
         KIMBERLY A. BONNER   on behalf of Creditor   U.S. Bank, N.A. amps@manleydeas.com
         KIMBERLY A. BONNER   on behalf of Creditor   LaSalle Bank National Association amps@manleydeas.com
         KURT ALTHOUSE   on behalf of Mediator Kurt Althouse kalthouse@bhcb.com
         LEEANE O. HUGGINS   on behalf of Creditor   JPMorgan Chase Bank, National Association, et al pabk@logs.com
         LESLIE J. RASE   on behalf of Creditor   The Bank of New York Mellon, et al. by its servicer Shellpoint Mortgage Servicing pabk@logs.com, lerase@logs.com
         LESLIE J. RASE   on behalf of Creditor   FNBN I, LLC by PennyMac Loan Services, LLC., its servicing agent pabk@logs.com, lerase@logs.com
         MARIO J. HANYON   on behalf of Creditor   Wells Fargo Bank, NA DBA Americas Servicing Company paeb@fedphe.com
         MARIO J. HANYON   on behalf of Creditor   Deutsche Bank Trust Company Americas As Trustee Rali 2002-QS6 paeb@fedphe.com
         MARISA MYERS COHEN   on behalf of Creditor   The Bank of New York Mellon mcohen@mwc-law.com
         MARISA MYERS COHEN   on behalf of Creditor   JPMorgan Chase Bank, National Association mcohen@mwc-law.com
         MARISA MYERS COHEN   on behalf of Creditor   ONEWEST BANK, FSB mcohen@mwc-law.com
         MARTHA E. VON ROSENSTIEL   on behalf of Creditor   JPMorgan Chase Bank, National Association marty@mvrlaw.com, erin@mvrlaw.com
         MATTEO SAMUEL WEINER   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
         MATTHEW GREGORY BRUSHWOOD   on behalf of Creditor   Deutsche Bank Trust Company Americas, as Trustee paeb@fedphe.com
         PHILLIP D. BERGER   on behalf of Defendant   Customers Bank berger@bergerlawpc.com, kaufmann@bergerlawpc.com
         PHILLIP D. BERGER   on behalf of Creditor   Customers Bank successor in interest to Berkshire Bank berger@bergerlawpc.com, kaufmann@bergerlawpc.com
         SARA A. AUSTIN   on behalf of Creditor   Community First Fund saa2@austinlawllc.com
         SHAWN J. LAU   on behalf of Plaintiff Christopher G. Madara shawn_lau@msn.com
         SHAWN J. LAU   on behalf of Debtor Christopher G. Madara shawn_lau@msn.com
         SHAWN J. LAU   on behalf of Joint Debtor Dina M Madara shawn_lau@msn.com
         SHAWN J. LAU   on behalf of Plaintiff Dina M. Madara shawn_lau@msn.com
         SHERRI J. BRAUNSTEIN   on behalf of Creditor   The Bank of New York Mellon Trust Company, National Association sbraunstein@udren.com, vbarber@udren.com
         STEVEN K. EISENBERG   on behalf of Creditor   FNBN I, LLC by PennyMac Loan Services, LLC., its servicing agent seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com
         THOMAS R. WASKOM   on behalf of Creditor   Citizens Bank kbell@hunton.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM C. MILLER   on behalf of Trustee FREDERICK L. REIGLE ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM EDWARD MILLER   on behalf of Creditor   Bank of New York as trustee for CWALT 2004-J13 wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
         WILLIAM EDWARD MILLER   on behalf of Creditor   The Bank of New York Mellon wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                           TOTAL: 64

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>CHRISTOPHER G. MADARA<br>AND DINA M. MADARA<br><br>Debtors | CHAPTER 13<br><br>Bankruptcy No. 12-18800 |
|---|---|

## ORDER APPROVING MODIFICATION OF PLAN UNDER § 1329

      AND NOW, upon consideration of the Debtors' Motion to Modify their Seventh Amended Chapter 13 Plan with Addendum with an Eight Amended Chapter 13 Plan, it is hereby

      ORDERED that the Debtors' confirmed Chapter 13 Plan is modified to: pay $3,917.08 per month for five (5) months then the payment shall increase to pay the remaining plan balance of $19,957.05 in full on or before September 18, 2017 to pay:

| Secured Creditor Name: | Remaining $ Owed: |
|---|---|
| Mers Inc./ Bank of New York re 13 N. 4th St. | $301.05 |
| Hamburg Municipal re: 13 N 4th St | $ 35.30 |
| PNC/ Nationstar Mortgage re: 3609 Kutztown Rd | $691.65 |
| Citizens Bank re: 214 S. 12th St. | $4,362.55 |
| Berks County Tax re: 214 S. 12th St. | $ 908.17 |
| City of Reading re: 214 S. 12th St. | $ 822.61 |
| City of Reading re 12 Trash & Rec | $ 94.58 |
| Berks County Tax re: 3312/3250 Papermill | $ 2,958.09 |
| Customers Bank/Berkshire re: 102 N. 4th St | $ 21,149.90 |
| Hamburg Municipal re 102 N 4th St | $ 39.74 |
| Berks County Tax re: 2012 on 102 N. 4th St | $1,077.61 |
| Berks County Tax re: 3601 Kutztown Rd | $5,629.16 |

AND unsecured creditors who were not discharged in the previous Chapter 7 bankruptcy shall receive a 100% distribution on all allowed filed claims – Citizens Bank unsecured portion of POC #1 was discharged in previous Chapter 7 bankruptcy and will be paid $0.00; Customers Bank unsecured portion of POC #14 was discharged in previous Chapter 7 bankruptcy and will be paid $0.00; Met-Ed will be paid $536.59; AND Lau & Associates, P.C. an administrative claim in the amount of $1,200.00 upon application and Bankruptcy Court approval

BY THE COURT:

**Date: May 1, 2017**

_____
J.