United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christopher G. Madara  
Christopher G. Madara  
      Debtors

Case No. 12-18800-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: JeanetteG      Page 1 of 2      Date Rcvd: May 01, 2017  
                     Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2017.
```
13023961       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    350 Highland Drive,
                   Lewisville, TX 75067)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2017 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    The Bank of New York Mellon ecfmail@mwc-law.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as
               Trustee for Residential Asset Mortgage Products, In ecfmail@mwc-law.com
              ALLISON FRANCES ZUCKERMAN    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Deutsche Bank Trust Company Americas, as Trustee
               paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Deutsche Bank Trust Company paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA DBA Americas Servicing Company
               paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor    The Bank of New York Mellon ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al
               ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              ANTHONY R. DISTASIO    on behalf of Mediator Anthony R. Distasio ard@ldaklaw.com
              BARRY W. SAWTELLE    on behalf of Creditor    Vist Bank bsawtelle@kozloffstoudt.com,
               jmoser@kozloffstoudt.com;dgabala@kozloffstoudt.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              CHRISOVALANTE   FLIAKOS    on behalf of Creditor    GMAC MORTGAGE, LLC paeb@fedphe.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al
               pabk@logs.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Select Portfolio Servicing, Inc., et al
               pabk@logs.com
              D. TROY SELLARS    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association D.Troy.Sellars@usdoj.gov
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, N.A. debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              EDEN R. BUCHER    on behalf of Creditor    Susquehanna Bank ebucher@leisawitzheller.com,
               medwards@leisawitzheller.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Reading jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
```

```
District/off: 0313-4          User: JeanetteG              Page 2 of 2                  Date Rcvd: May 01, 2017
                              Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              JAY B. JONES    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              JENIECE D. DAVIS    on behalf of Creditor    Select Portfolio Servicing, Inc., et al
               Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
              JEROME B. BLANK    on behalf of Creditor    PNC Mortgage a division of PNC Bank NA paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank Trust Company Americas, as Trustee
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank Trust Company Americas As Trustee Rali
               2002-QS6 paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA DBA Americas Servicing Company
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association paeb@fedphe.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association jkishbaugh@udren.com, vbarber@udren.com
              KARROLLANNE CAYCE    on behalf of Creditor    FNBN I, LLC by PennyMac Loan Services, LLC., its
               servicing agent ecfmail@aldridgepite.com, kcayce@ecf.inforuptcy.com
              KEVIN T MCQUAIL    on behalf of Creditor    The Bank of New York Mellon ecfmail@mwc-law.com
              KIMBERLY A. BONNER    on behalf of Creditor    LaSalle Bank National Association, as Trustee
               amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank, N.A. amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    LaSalle Bank National Association amps@manleydeas.com
              KURT ALTHOUSE    on behalf of Mediator Kurt Althouse kalthouse@bhcb.com
              LEEANE O. HUGGINS    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al
               pabk@logs.com
              LESLIE J. RASE    on behalf of Creditor    The Bank of New York Mellon, et al. by its servicer
               Shellpoint Mortgage Servicing pabk@logs.com, lerase@logs.com
              LESLIE J. RASE    on behalf of Creditor    FNBN I, LLC by PennyMac Loan Services, LLC., its
               servicing agent pabk@logs.com, lerase@logs.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, NA DBA Americas Servicing Company
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Deutsche Bank Trust Company Americas As Trustee Rali
               2002-QS6 paeb@fedphe.com
              MARISA MYERS COHEN    on behalf of Creditor    The Bank of New York Mellon mcohen@mwc-law.com
              MARISA MYERS COHEN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               mcohen@mwc-law.com
              MARISA MYERS COHEN    on behalf of Creditor    ONEWEST BANK, FSB mcohen@mwc-law.com
              MARTHA E. VON ROSENSTIEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               marty@mvrlaw.com, erin@mvrlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Deutsche Bank Trust Company Americas, as
               Trustee paeb@fedphe.com
              PHILLIP D. BERGER    on behalf of Defendant    Customers Bank berger@bergerlawpc.com,
               kaufmann@bergerlawpc.com
              PHILLIP D. BERGER    on behalf of Creditor    Customers Bank successor in interest to Berkshire
               Bank berger@bergerlawpc.com, kaufmann@bergerlawpc.com
              SARA A. AUSTIN    on behalf of Creditor    Community First Fund saa2@austinlawllc.com
              SHAWN J. LAU    on behalf of Plaintiff Christopher G. Madara shawn_lau@msn.com
              SHAWN J. LAU    on behalf of Debtor Christopher G. Madara shawn_lau@msn.com
              SHAWN J. LAU    on behalf of Joint Debtor Dina M Madara shawn_lau@msn.com
              SHAWN J. LAU    on behalf of Plaintiff Dina M. Madara shawn_lau@msn.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    The Bank of New York Mellon Trust Company,
               National Association sbraunstein@udren.com, vbarber@udren.com
              STEVEN K. EISENBERG    on behalf of Creditor    FNBN I, LLC by PennyMac Loan Services, LLC., its
               servicing agent seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com
              THOMAS R. WASKOM    on behalf of Creditor    Citizens Bank kbell@hunton.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee FREDERICK L. REIGLE ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Bank of New York as trustee for CWALT 2004-J13
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 64
```

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-18800-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Christopher G. Madara<br>PO BOX 452<br>Hamburg PA 19526 | Christopher G. Madara<br>13 N. 4th Street<br>Hamburg PA 19526 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/01/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 29: Nationstar Mortgage, LLC, 350 Highland Drive, Lewisville, TX 75067 | Wilmington Savings Fund Society, FSB<br>P.O. Box 51407, Los Angeles, CA 90051-47 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/03/17

Tim McGrath
**CLERK OF THE COURT**