# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER G. MADARA<br>DBA GOLDEN CAPITAL FUNDING<br>DBA GOLDEN RESOURCE MANAGEMENT<br>AND<br>DINA M. MADARA<br><br>**DEBTORS** | BANKRUPTCY NO. 12-18800<br><br>CHAPTER 13 |

## ORDER

AND NOW, upon consideration of the foregoing Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed after Confirmation of Chapter 13 Plan of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtors Christopher G. Madara and Dina M. Madara for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

ORDERED AND DECREED that Lau & Associates P.C. be allowed $1,600.00 of which $400.00 was already been paid as legal fees from October 17, 2016 through and including May 4, 2017.

**Date: June 20, 2017**

BY THE COURT:

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge