United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Christopher G. Madara
Christopher G. Madara
    Debtors

Case No. 12-18800-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Cathleen     Page 1 of 2     Date Rcvd: Jun 20, 2017
                       Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.
```
db         +Christopher G. Madara,    MAILING ADDRESS:,    PO BOX 452,    Hamburg, PA 19526-0452
db         +Christopher G. Madara,    3312/3250 Paper Mill Road,    Reading, PA 19608-9646
jdb        +Dina M Madara,    13 N. 4th Street,    Hamburg, PA 19526-1507
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2017 at the address(es) listed below:

```
          ALEXANDRA T. GARCIA    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
           Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as
           Trustee for Residential Asset Mortgage Products, In ecfmail@mwc-law.com
          ALEXANDRA T. GARCIA    on behalf of Creditor    The Bank of New York Mellon ecfmail@mwc-law.com
          ALLISON FRANCES ZUCKERMAN    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
          ANDREW  SPIVACK    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
           Association paeb@fedphe.com
          ANDREW  SPIVACK    on behalf of Creditor    Deutsche Bank Trust Company Americas, as Trustee
           paeb@fedphe.com
          ANDREW  SPIVACK    on behalf of Creditor    Deutsche Bank Trust Company paeb@fedphe.com
          ANDREW  SPIVACK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
          ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA DBA Americas Servicing Company
           paeb@fedphe.com
          ANN E. SWARTZ    on behalf of Creditor    The Bank of New York Mellon ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al
           ecfmail@mwc-law.com, ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor    JPMorgan Chase Bank, National Association
           ecfmail@mwc-law.com, ecfmail@mwc-law.com
          ANTHONY R. DISTASIO    on behalf of Mediator Anthony R. Distasio ard@ldaklaw.com
          BARRY W. SAWTELLE    on behalf of Creditor    Vist Bank bsawtelle@kozloffstoudt.com,
           jmoser@kozloffstoudt.com;dgabala@kozloffstoudt.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          CHRISOVALANTE  FLIAKOS    on behalf of Creditor    GMAC MORTGAGE, LLC paeb@fedphe.com
          CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al
           pabk@logs.com
          CHRISTOPHER A. DENARDO    on behalf of Creditor    Select Portfolio Servicing, Inc., et al
           pabk@logs.com
          D. TROY SELLARS    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC D.Troy.Sellars@usdoj.gov
          D. TROY SELLARS    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
           Association D.Troy.Sellars@usdoj.gov
          DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, N.A. debersole@hoflawgroup.com,
           bbleming@hoflawgroup.com
          EDEN R. BUCHER    on behalf of Creditor    Susquehanna Bank ebucher@leisawitzheller.com,
           medwards@leisawitzheller.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    City of Reading jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
```

```
District/off: 0313-4          User: Cathleen          Page 2 of 2          Date Rcvd: Jun 20, 2017
                              Form ID: pdf900         Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          JAY B. JONES    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
          JENIECE D. DAVIS    on behalf of Creditor    Select Portfolio Servicing, Inc., et al
           Jeniece@MVRLAW.COM,    bonnie@mvrlaw.com
          JEROME B. BLANK    on behalf of Creditor    PNC Mortgage a division of PNC Bank NA paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Deutsche Bank Trust Company Americas, as Trustee
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
           Association paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Deutsche Bank Trust Company Americas As Trustee Rali
           2002-QS6 paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA DBA Americas Servicing Company
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
          JOHN ERIC KISHBAUGH    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
           Association jkishbaugh@udren.com,    vbarber@udren.com
          KARROLLANNE  CAYCE    on behalf of Creditor    FNBN I, LLC by PennyMac Loan Services, LLC., its
           servicing agent ecfmail@aldridgepite.com,    kcayce@ecf.inforuptcy.com
          KEVIN T MCQUAIL    on behalf of Creditor    The Bank of New York Mellon ecfmail@mwc-law.com
          KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank, N.A. amps@manleydeas.com
          KIMBERLY A. BONNER    on behalf of Creditor    LaSalle Bank National Association, as Trustee
           amps@manleydeas.com
          KIMBERLY A. BONNER    on behalf of Creditor    LaSalle Bank National Association amps@manleydeas.com
          KURT  ALTHOUSE    on behalf of Mediator Kurt  Althouse kalthouse@bhcb.com
          LEEANE O. HUGGINS    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al
           pabk@logs.com
          LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          LESLIE J. RASE    on behalf of Creditor    FNBN I, LLC by PennyMac Loan Services, LLC., its
           servicing agent pabk@logs.com,    lerase@logs.com
          LESLIE J. RASE    on behalf of Creditor    The Bank of New York Mellon, et al. by its servicer
           Shellpoint Mortgage Servicing pabk@logs.com,    lerase@logs.com
          MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, NA DBA Americas Servicing Company
           paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Deutsche Bank Trust Company Americas As Trustee Rali
           2002-QS6 paeb@fedphe.com
          MARISA MYERS COHEN    on behalf of Creditor    The Bank of New York Mellon mcohen@mwc-law.com
          MARISA MYERS COHEN    on behalf of Creditor    JPMorgan Chase Bank, National Association
           mcohen@mwc-law.com
          MARISA MYERS COHEN    on behalf of Creditor    ONEWEST BANK, FSB mcohen@mwc-law.com
          MARTHA E. VON ROSENSTIEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
           marty@mvrlaw.com,    erin@mvrlaw.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
          MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Deutsche Bank Trust Company Americas, as
           Trustee paeb@fedphe.com
          PHILLIP D. BERGER    on behalf of Defendant    Customers Bank berger@bergerlawpc.com,
           kaufmann@bergerlawpc.com
          PHILLIP D. BERGER    on behalf of Creditor    Customers Bank successor in interest to Berkshire
           Bank berger@bergerlawpc.com,    kaufmann@bergerlawpc.com
          SARA A. AUSTIN    on behalf of Creditor    Community First Fund saa2@austinlawllc.com
          SHAWN J. LAU    on behalf of Plaintiff Dina M. Madara shawn_lau@msn.com
          SHAWN J. LAU    on behalf of Plaintiff Christopher G. Madara shawn_lau@msn.com
          SHAWN J. LAU    on behalf of Debtor Christopher G. Madara shawn_lau@msn.com
          SHAWN J. LAU    on behalf of Joint Debtor Dina M Madara shawn_lau@msn.com
          SHERRI J. BRAUNSTEIN    on behalf of Creditor    The Bank of New York Mellon Trust Company,
           National Association sbraunstein@udren.com,    vbarber@udren.com
          STEVEN K. EISENBERG    on behalf of Creditor    FNBN I, LLC by PennyMac Loan Services, LLC., its
           servicing agent seisenberg@sterneisenberg.com,    bkecf@sterneisenberg.com
          THOMAS R. WASKOM    on behalf of Creditor    Citizens Bank kbell@hunton.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER    on behalf of Trustee FREDERICK L. REIGLE ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    Bank of New York as trustee for CWALT 2004-J13
           wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon
           wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 65
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER G. MADARA<br>DBA GOLDEN CAPITAL FUNDING<br>DBA GOLDEN RESOURCE MANAGEMENT<br>AND<br>DINA M. MADARA<br><br>DEBTORS | BANKRUPTCY NO. 12-18800<br><br>CHAPTER 13 |

### ORDER

AND NOW, upon consideration of the foregoing Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed after Confirmation of Chapter 13 Plan of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtors Christopher G. Madara and Dina M. Madara for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

ORDERED AND DECREED that Lau & Associates P.C. be allowed $1,600.00 of which $400.00 was already been paid as legal fees from October 17, 2016 through and including May 4, 2017.

**Date: June 20, 2017**

BY THE COURT:

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge