Certificate Number: 15111-PAE-DE-030166505

Bankruptcy Case Number: 12-18800



15111-PAE-DE-030166505

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 13, 2017, at 3:25 o'clock PM EST, Dina Madara completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 13, 2017              By:    /s/Maan Arriane Vendiola for Ryan McDonough

                                      Name:  Ryan McDonough

                                      Title: Executive Director of Education