UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

:

IN RE:

CHRISTOPHER & DINA MADARA    :    Bankruptcy case #12-18800-REF

(Debtor)

:    Chapter 13

## PRAECIPE TO WITHDRAW TRUSTEE'S HEARING

:

To the Clerk of Court:

Please withdraw Trustee's Motion to Dismiss hearing scheduled to be heard on Thursday 11/30/2017 at 9:00am.

Respectfully submitted,

**/s/LeRoy Etheridge**
Staff Attorney for the
Chapter 13 Standing Trustee