# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

IN RE:                                                              Case No. 12-18800-ref
                                                                    Chapter 13
CHRISTOPHER G. MADARA

DINA M MADARA

Debtor(s).

## NOTICE OF APPEARANCE

**The Bank of New York Mellon, et al.**[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

**Christopher M. McMonagle, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

Dated this 8th day of January, 2018.

By:   /s/ Christopher M. McMonagle, Esquire
Christopher M. McMonagle, Esquire, Bar No: 316043
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Attorney for Creditor

---

1   Full title of Creditor is as follows: The Bank of New York Mellon fka The Bank of New York, as Trustee for the Holders of CWALT, Inc., Alternative Loan Trust 2004-J13, Mortgage Pass-Through Certificates, Series 2004-J13.
2   This Loan is currently serviced by New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing.
3   For reference, the property address associated with the undersigned's representation is 13 North 4th Street, Hamburg, PA 19526.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 8th day of January, 2018, to the following:

SHAWN J. LAU
Lau & Associates
4228 St. Lawrence Avenue
Reading, PA 19606
shawn_lau@msn.com
*Attorney for Debtor(s)*

WILLIAM C. MILLER
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com

LEROY W. ETHERIDGE, JR.
Office of Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105
ecfemails@ph13trustee.com
*Chapter13 Trustee*

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Christopher G. Madara
PO BOX 452
Hamburg, PA 19526

Dina M Madara
13 N. 4th Street
Hamburg, PA 19526
*Debtor(s)*

Dated this 8th day of January, 2018.

                                                                                  By:    */s/ Jenna Kasman*
                                                                                  Jenna Kasman, Legal Assistant
                                                                                  Stern & Eisenberg, PC
                                                                                  1581 Main Street, Suite 200,
                                                                                  Warrington, PA 18976
                                                                                  Phone: (215) 572-8111
                                                                                  Fax: (215) 572-5025
                                                                                  jkasman@sterneisenberg.com