United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-18800-ref
Christopher G. Madara                                                   Chapter 13
Christopher G. Madara
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR               Page 1 of 4            Date Rcvd: Mar 23, 2018
                              Form ID: 138NEW           Total Noticed: 84

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
```
db         +Christopher G. Madara,    MAILING ADDRESS:,    PO BOX 452,    Hamburg, PA 19526-0452
db          Christopher G. Madara,    3312/3250 Paper Mill Road,    Reading, PA 19608
jdb        +Dina M Madara,   13 N. 4th Street,    Hamburg, PA 19526-1507
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,   Eighth and Washington Streets,    Reading, PA 19601
smg        +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,   633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr         +America's Servicing Co.,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
cr         +BANK OF NEW YORK AS TRUSTEE FOR CWALT 2004-J13 c/o,    PO Box 10675,    Greenville, SC 29603-0675
cr         +Bank of New York as trustee for CWALT 2004-J13,    One Wall Street,    New York, NY 10286-0001
r          +Bold Realty,    550 Penn Avenue,    West Reading, PA 19611-1036
cr         +Community First Fund,    c/o Sara A. Austin, Esq.,    226 E. Market St.,    York, PA 17403-2001
cr         +Customers Bank successor in interest to Berkshire,    513 Kimberton Rd.,
             Phoenixville, PA 19460-4779
cr          JPMorgan Chase Bank, National Association, et al,    MC: OH4-7133, 3415 Vision Drive,
             Columbus, OH 43219
cr         +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr         +Susquehanna Bank,    c/o George J. Shoop, Esquire,    2755 Century Boulevard,
             Wyomissing, PA 19610-3346
cr         +THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONA,    14841 Dallas Parkway, Suite 300,
             Dallas, TX 75254-7883
cr         +The Bank of New York Mellon, et al.,    c/o Stern & Eisenberg,    1581 Main Street, Suite 200,
             Warrington, PA 18976-3400
cr          The Bank of New York Mellon, et al. by its service,    Stern & Eisenberg, PC,
             1581 Main Street, Suite 200,    Warrington, PA 18976-3400
cr         +U.S. Bank, N.A.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
cr         +Vist Bank,   c/o Barry Sawtelle,    Kozloff Stoudt,    2640 Westview Drive,
             Wyomissing, PA 19610-1186
12991310   +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13383727    Bank of New York as trustee for CWALT 2004-J13,    c/o Shellpoint Mortgage Servicing,
             P.O. Box 10826,    Greenville, SC 29603-0826
12882726   +Berks County Tax Claim Bureau,    633 Court St., 2nd Floor,    Reading PA 19601-3552
12882731   +Berks County Tax Claim Bureau,    633 Court St., 2nd Floor,    Services Center,
             Reading PA 19601-3552
12882732    Berkshire Bank,   1101 Woodland Road,    Wyomissing PA 19610-1214
12881598   +Carmen Ayala,   214 S 12th,    Reading, PA 19602-2046
12882733    Chase Home Finance,    P.O.Box 24696,    Columbus, OH 43224-0696
12861919   +Citizens Bank,   443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
12882735   +Citizens Bank,   Company Headquarters,    100 East Water Street,    Sandusky, OH 44870-2524
12882736   +City of Reading,   c/o Portnoff Law Assoc.,    P.O. Box 391,    Norristown PA 19404-0391
12951773   +City of Reading,   c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
             Norristown, PA 19404-3020
12941597   +Community First Fund,    c/o Sara A. Austin, Eq.,    226 E. Market St.,    York, PA 17403-2001
12882737   +Community First Fund,    P.O. Box 7936,    Reading PA 19603-7936
12879081   +Community First Fund,    Corporate Office,    P.O. Box 524,    Lancaster PA 17608-0524
12926865   +Customers Bank,    c/o Phillip D. Berger, Esq.,    Berger Law Group, P.C.,
             450 N. Narberth Avenue, Suite 102,    Narberth, PA 19072-1822
12881600   +David Medina,   3417 Kutztown Road, 2nd Floor,    Reading, PA 19605-2646
12881601   +Deborah Keller,    3224 Pricetown Unit B,    Fleetwood, PA 19522-9391
13003666   +Deutsche Bank Trust Company Americas, et al.,    Pnc Mortgage, A Division Of Pnc Bank, NA,
             3232 Newmark Drive,    Miamisburg, Oh 45342-5421
12882739   +GMAC Mortgage Corp.,    P.O. Box 4622,    Waterloo IA 50704-4622
12881602    George Phelps,    3250 Paper Mill Road,    Reading, PA 19608
12881604    Isadore Ollar,    3312 Papermill Road,    Reading, PA 19608
12996843   +JPMorgan Chase Bank, National Association,    MC: OH4-7133,    3415 Vision Drive,
             Columbus, OH 43219-6009
13529853   +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail, Mail code LA4,
             700 Kansas Lane,    Monroe, LA 71203-4774
12881605   +Jean Madara,    233 Clymer St 1st Floor,    Reading, PA 19602-2256
12881607   +Jesus Moran,    3417 Kutztown Road,    Reading, PA 19605-2646
12882741   +John & Judith Driscoll,    813 North Crescent Ave.,    Hamburg PA 19526-1420
13275371   +LaSalle Bank National Association,    James Smith Dietterick & Connelly LLP,    P.O. Box 650,
             Hershey, PA 17033-0650
13192522   +Lau & Associates, P.C.,    4228 St. Lawrence Avenue,    Reading, PA 19606-2894
12926243   ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
             (address filed with court: Metropolitan Edison Co.,     a FirstEnergy Company,
             331 Newman Springs Road,    Building 3,    Red Bank NJ 07701)
12881608   +Mary Ruiz,   1711 Alsave Road,    Reading, PA 19604-1625
12882740   +Mers, Inc.,    1818 Libraty St. Ste. 300,    Reston, VA 20190-6280
12881609   +Monica Daryanani,    3417 Kutztown Rd 1st Floor,    Reading, PA 19605-2646
12881610   +My First Step,    3601 Kutztown Road,    Reading, PA 19605-1800
```

```
District/off: 0313-4          User: SaraR             Page 2 of 4              Date Rcvd: Mar 23, 2018
                              Form ID: 138NEW         Total Noticed: 84

13023961       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
12882742       +National Loan Investment,    5619 N. Classen,    Oklahoma City  OK 73118-4015
13652997        Nationstar Mortgage, LLC,    Customer Service,    PO BOX 650783,    Dallas, TX 75265-0783
12908766        OneWest Bank, FSB,    PO Box 829009,    Dallas, TX 75382-9009
12882743       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg OH 45342-5433
12881611       +Patricia Iezzi,    3224 Pricetown Unit A,    Fleetwood, PA 19522-9391
12878754       +PennyMac  Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
12882744       +Reading Area Water Authority,    c/o John D. Bucolo Esq.,    4 Park Plaza,
                 Reading PA 19610-1398
12881613        Scottie Bowman,    249 S. 12th Storefront,    Reading, PA  19602
13216757       +Specialized Loan Servicing LLC,    Bankruptcy Dept,    8742 Lucent Blvd Suite 300,
                 Highlands Ranch, Colorado 80129-2386
12962104       +Susquehanna Bank,    c/o George J. Shoop, Esquire,    Leisawitz Heller,    2755 Century Boulevard,
                 Wyomissing, PA 19610-3346
13013042       +The Bank of New York Mellon Trust Company, Nationa,    Ocwen Loan Servicing, LLC,
                 ATTN: Bankruptcy Dept.,    1100 Virginia Drive Suite, 175,    Fort Washington, PA 19034-3278
14037380        The Bank of New York Mellon, et al.,    c/o Stern & Eisenberg PC,    1581 Main Street,
                 Suite 200,    Warrington, PA 18976-3400
12888757        The Bank of New York Mellon, et. al.,    P.O. Box 660933,    Dallas, TX 75266-0933
13238972       +U.S. Bank NA, successor trustee to Bank,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13472058       +U.S. Bank, N.A.,    James Smith Dietterick & Connelly LLP,    P.O. Box 650,
                 Hershey, PA 17033-0650
12882745       +VIST,    1240 Broadcasting Road,    Reading PA 19610-3203
12879082        Vist,    P.O. Box 6219,    Reading PA  19610-0219
12881614       +Walt Moyer,    249 S. 12th 1st Floor,    Reading, PA 19602-2045
13013815       +Wells Fargo Bank, N.A.,    America’s Servicing Company,    MAC # D3347-014,
                 3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13224210       +Wells Fargo Bank, NA,    America’s Servicing Company,    Attention: Bankruptcy Department,
                 MAC# D3347-014,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13910773        Wilmington Savings Fund Society, FSB,    P.O. Box 51407, Los Angeles, CA 90051-47
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 24 2018 01:50:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 24 2018 01:50:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12882738        E-mail/Text: cio.bncmail@irs.gov Mar 24 2018 01:49:42     Dept. of Treasury-IRS,
                 P.O. Box 7346,    Phila. PA  19101-7346
12868504       +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2018 01:53:13     Green Tree Servicing, LLC.,
                 7360 S. Kyrene Road,    Recovery Dept. T-120,    Tempe, AZ 85283-8432
12978831       +E-mail/Text: utilities@hamburgboro.com Mar 24 2018 01:50:36     Hamburg Municipal Authority,
                 61 North 3rd Street,    Hamburg, PA 19526-1501
12881603        E-mail/Text: EBN_Notifications@OWB.com Mar 24 2018 01:49:49     INDYMAC BK Home Loan Serv,
                 6900 Beatrice Drive,    Kalamazoo, MI  49009-9559
13209169       +E-mail/Text: jennifer.chacon@spservicing.com Mar 24 2018 01:51:37
                 Select Portfolio Servicing, Inc,    as Servicing Agent,    P.O. Box 65450,
                 Salt Lake City UT 84165-0450
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +City of Reading,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: NATIONSTAR MORTGAGE, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
cr*            +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
12882734*       Chase Home Finance,    P.O. Box 24696,    Columbus OH  43224-0696
12881599      ##+CTCE Federal Credit Union,    PO BOX 13385,    Reading, PA 19612-3385
12881606      ##+Jesus Lopez,    3609 Kutztown Road,    Reading, PA 19605-1841
12881612      ##+Robin Crammer,    102 N. 4th Street,    Hamburg, PA 19526-1510
                                                                              TOTALS: 0, * 4, ## 3

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-4          User: SaraR               Page 3 of 4          Date Rcvd: Mar 23, 2018
                              Form ID: 138NEW          Total Noticed: 84
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:

```
          ALEXANDRA T. GARCIA    on behalf of Creditor   The Bank of New York Mellon Trust Company, National
           Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as
           Trustee for Residential Asset Mortgage Products, In ecfmail@mwc-law.com
          ALEXANDRA T. GARCIA    on behalf of Creditor   The Bank of New York Mellon ecfmail@mwc-law.com
          ALLISON FRANCES ZUCKERMAN    on behalf of Creditor   Bank Of America, N.A. paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor   The Bank of New York Mellon Trust Company, National
           Association paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor   Deutsche Bank Trust Company Americas, as Trustee
           paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor   Wells Fargo Bank, NA DBA Americas Servicing Company
           paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor   Deutsche Bank Trust Company paeb@fedphe.com
          ANN E. SWARTZ    on behalf of Creditor   The Bank of New York Mellon ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor   JPMorgan Chase Bank, National Association, et al
           ecfmail@mwc-law.com, ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor   JPMorgan Chase Bank, National Association
           ecfmail@mwc-law.com, ecfmail@mwc-law.com
          ANTHONY R. DISTASIO    on behalf of Mediator Anthony R. Distasio ard@ldaklaw.com
          BARRY W. SAWTELLE    on behalf of Creditor   Vist Bank bsawtelle@kozloffstoudt.com,
           dgabala@kozloffstoudt.com;aashley@kozloffstoudt.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          CHRISOVALANTE   FLIAKOS    on behalf of Creditor   GMAC MORTGAGE, LLC paeb@fedphe.com
          CHRISTOPHER A. DENARDO    on behalf of Creditor   JPMorgan Chase Bank, National Association, et al
           pabk@logs.com
          CHRISTOPHER A. DENARDO    on behalf of Creditor   Select Portfolio Servicing, Inc., et al
           pabk@logs.com
          CHRISTOPHER M. MCMONAGLE    on behalf of Creditor   The Bank of New York Mellon, et al.
           cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
          D. TROY SELLARS    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC D.Troy.Sellars@usdoj.gov
          D. TROY SELLARS    on behalf of Creditor   The Bank of New York Mellon Trust Company, National
           Association D.Troy.Sellars@usdoj.gov
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor   U.S. Bank, N.A. debersole@hoflawgroup.com,
           bbleming@hoflawgroup.com
          EDEN R. BUCHER    on behalf of Creditor   Susquehanna Bank ebucher@leisawitzheller.com,
           medwards@leisawitzheller.com
          JAMES RANDOLPH WOOD    on behalf of Creditor   City of Reading jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JAY B. JONES    on behalf of Creditor   OCWEN LOAN SERVICING, LLC paeb@fedphe.com
          JENIECE D. DAVIS    on behalf of Creditor   Select Portfolio Servicing, Inc., et al
           Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
          JEROME B. BLANK    on behalf of Creditor   PNC Mortgage a division of PNC Bank NA paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor   Deutsche Bank Trust Company Americas, as Trustee
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor   The Bank of New York Mellon Trust Company, National
           Association paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor   Deutsche Bank Trust Company Americas As Trustee Rali
           2002-QS6 paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor   Wells Fargo Bank, NA DBA Americas Servicing Company
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
          JOHN ERIC KISHBAUGH    on behalf of Creditor   The Bank of New York Mellon Trust Company, National
           Association jkishbaugh@udren.com, vbarber@udren.com
          JOHN ERIC KISHBAUGH    on behalf of Creditor   Specialized Loan Servicing LLC servicer for
           jkishbaugh@udren.com, vbarber@udren.com
```

```
District/off: 0313-4          User: SaraR                 Page 4 of 4                  Date Rcvd: Mar 23, 2018
                              Form ID: 138NEW             Total Noticed: 84
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              KARROLLANNE  CAYCE    on behalf of Creditor    FNBN I, LLC by PennyMac Loan Services, LLC., its
               servicing agent ecfmail@aldridgepite.com,   kcayce@ecf.inforuptcy.com
              KEVIN T MCQUAIL    on behalf of Creditor    The Bank of New York Mellon ecfmail@mwc-law.com
              KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank, N.A. amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    LaSalle Bank National Association, as Trustee
               amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    LaSalle Bank National Association amps@manleydeas.com
              KURT  ALTHOUSE    on behalf of Mediator Kurt   Althouse kalthouse@bhcb.com
              LEEANE O. HUGGINS    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al
               pabk@logs.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              LESLIE J. RASE    on behalf of Creditor    FNBN I, LLC by PennyMac Loan Services, LLC., its
               servicing agent pabk@logs.com,   lerase@logs.com
              LESLIE J. RASE    on behalf of Creditor    The Bank of New York Mellon, et al. by its servicer
               Shellpoint Mortgage Servicing pabk@logs.com,   lerase@logs.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, NA DBA Americas Servicing Company
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Deutsche Bank Trust Company Americas As Trustee Rali
               2002-QS6 paeb@fedphe.com
              MARISA MYERS COHEN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               mcohen@mwc-law.com
              MARISA MYERS COHEN    on behalf of Creditor    ONEWEST BANK, FSB mcohen@mwc-law.com
              MARISA MYERS COHEN    on behalf of Creditor    The Bank of New York Mellon mcohen@mwc-law.com
              MARTHA E. VON ROSENSTIEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               marty@mvrlaw.com,   erin@mvrlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Deutsche Bank Trust Company Americas, as
               Trustee paeb@fedphe.com
              PHILLIP D. BERGER    on behalf of Defendant    Customers Bank berger@bergerlawpc.com,
               kaufmann@bergerlawpc.com
              PHILLIP D. BERGER    on behalf of Creditor    Customers Bank successor in interest to Berkshire
               Bank berger@bergerlawpc.com,   kaufmann@bergerlawpc.com
              SARA A. AUSTIN    on behalf of Creditor    Community First Fund saa2@austinlawllc.com
              SHAWN J. LAU    on behalf of Plaintiff Dina M. Madara shawn_lau@msn.com
              SHAWN J. LAU    on behalf of Plaintiff Christopher G. Madara shawn_lau@msn.com
              SHAWN J. LAU    on behalf of Debtor Christopher G. Madara shawn_lau@msn.com
              SHAWN J. LAU    on behalf of Joint Debtor Dina M Madara shawn_lau@msn.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    The Bank of New York Mellon Trust Company,
               National Association sherri.braunstein@phelanhallinan.com,   pa.bkecf@fedphe.com
              STEVEN K. EISENBERG    on behalf of Creditor    FNBN I, LLC by PennyMac Loan Services, LLC., its
               servicing agent seisenberg@sterneisenberg.com,   bkecf@sterneisenberg
              THOMAS R. WASKOM    on behalf of Creditor    Citizens Bank kbell@hunton.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee FREDERICK L. REIGLE ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Bank of New York as trustee for CWALT 2004-J13
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                             TOTAL: 68

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Christopher G. Madara and Dina M Madara

    Debtor(s)

Bankruptcy No: 12−18800−ref

Chapter: 13

___

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 3/23/18

333 − 332
Form 138_new